JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Construction Laborers Trust Funds for Southern California Administrative Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) | SACV 17-01857 JVS (KESx) ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| SunPeak Construction, et al., | | |
| Defendant(s). | | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: March 20, 2018

James V. Selna
United States District Judge